EMMA SMITH, as Administratrix of JOHN SMITH, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Smith* v. *N. Y. C. & H. R. R. R. Co.*, 88 Hun, 468, affirmed.
(Argued May 14, 1897; decided June 8, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered July 8, 1895, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit.

*T. F. Hamilton* for appellant.

*R. A. Parmenter* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.